IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCO ANTONIO TOPETE,

    Plaintiff,                        No. CIV S-09-3539 JAM CKD P

    vs.

ERIK MANESS, et al.,

    Defendants.                 <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding with an action for violation of civil rights under 42 U.S.C. § 1983. On June 14, 20011, the court recommended that defendant's pending motion for summary judgment be granted, in part, because plaintiff did not file an opposition. On July 5, 2011, plaintiff filed objections to the findings and recommendations in which he requests leave to file his opposition. Good cause appearing, plaintiff will be given thirty days within which to file his opposition. If he does not file his opposition within thirty days, the findings and recommendations filed June 14, 2011 will be submitted to the district court judge assigned to this case for decision.

        Also, on June 15, 2011, defendant filed a request that the deadlines established for the filing of pretrial statements be vacated. Good cause appearing, that request will be granted

/////

1

1  and the dates for the filing of pretrial statements will be reset, if necessary, after a ruling is issued
2  concerning defendant's motion for summary judgment.
3        Accordingly, IT IS HEREBY ORDERED that:
4        1. Plaintiff is granted thirty days within which to file an opposition to defendant's
5  pending motion for summary judgment.  Failure to file an opposition within thirty days will
6  result in the findings and recommendations filed June 14, 2011 being submitted to the district
7  court judge assigned to this case for decision.
8        2. Defendant's June 15, 2011 motion to vacate the deadlines for filing pretrial
9  statements is granted.  The dates established in the court's August 31, 2010 scheduling order for
10 the filing of pretrial statements are vacated.  New dates will be established, if necessary, after a
11 ruling is issued concerning defendant's motion for summary judgment.

12 Dated: August 24, 2011

                                        _____
                                        CAROLYN K. DELANEY
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] tope3539.36(2)